

**Grace I. Chanin**
Direct: (763) 242-8138
Fax: (612) 338-4878
gchanin@nka.com

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

March 31, 2023

**VIA ECF**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE: *Goldstein, et al. v. Mutual of America Life Insurance Company,*
> **No. 1:22-cv-07862-GHW-OTW**

Dear Magistrate Judge Wang:

In accordance with the Court's March 28, 2023, Order (ECF No. 49), counsel for Plaintiffs Eric Goldstein, Matt Sudol, and Bonnie Zelazek ("Plaintiffs") and counsel for Defendants Mutual of America Life Insurance Company and the Mutual of America Investment Manager Committee ("Defendants") (collectively, the "Parties") respectfully submit the following joint status report for the above-referenced matter.

With the Court's encouragement and assistance, the Parties have engaged in direct settlement negotiations and have reached an agreement in principle for the resolution of this case. The Parties are preparing a formal Class Action Settlement Agreement, and Plaintiffs are preparing a motion asking the Court to certify the proposed class for settlement purposes and to preliminarily approve the settlement under Federal Rule Civil Procedure 23(e). The Parties have agreed to consent to Your Honor's jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 for purposes of conducting further proceedings under Rule 23(e) related to the review and approval of the settlement and the certification of the proposed class for settlement purposes.

In terms of upcoming deadlines, the Parties propose that Plaintiffs file their unopposed motion for preliminary approval of the settlement on April 14, 2023, and that the Court schedule a hearing on this motion at the Court's earliest convenience thereafter. Assuming preliminary approval is granted, the notice and comment period in similar cases is typically approximately 120 days, with a fairness hearing under Fed. R. Civ. P. 23(e)(2) scheduled no sooner than 120 days following entry of the preliminary approval order. Further details regarding the timing and sequence of this process will be set forth in the Parties' Class Action Settlement Agreement and Plaintiffs' forthcoming motion for preliminary approval.



**Grace I. Chanin**
Direct: (763) 242-8138
Fax: (612) 338-4878
gchanin@nka.com

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

Respectfully Submitted,

Dated:  March 31, 2023

s/ Grace I. Chanin
NICHOLS KASTER, PLLP
Paul J. Lukas, NY Bar No. 4522207
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
gchanin@nka.com
* admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

Dated:  March 31, 2023

s/ James O. Fleckner
GOODWIN PROCTER LLP
James O. Fleckner, *admitted pro hac vice*
Benjamin Reilly, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
JFleckner@goodwinlaw.com
BReilly@goodwinlaw.com

Samuel J. Rubin
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax.: (212) 355-3333
SRubin@goodwinlaw.com

Attorneys for Defendants