**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ERIC GOLDSTEIN, et al.,

                Plaintiffs,

                -against-

MUTUAL OF AMERICA LIFE INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------x

22-CV-7862 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have represented that they have reached an agreement in principle for the resolution of this case and have consented to my jurisdiction. (ECF 50, 52). Plaintiffs shall file their unopposed motion for preliminary approval of the settlement under Fed. R. Civ. P. 23(e) by **April 14, 2023**. The Court shall hold a hearing on this motion on **June 6, 2023, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

Dated: April 4, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge