UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Goldstein, Matt Sudol, and Bonnie Zelazek, individually and as representatives of a class of similarly situated persons, and on behalf of the Mutual of America Life Insurance Company Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Mutual of America Life Insurance Company, the Mutual of America Investment Manager Committee, and John and Jane Does 1-20,<br><br>Defendants. | Case No. 1:22-cv-7862-GHW-OTW<br><br>CLASS ACTION<br><br>**Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Eric Goldstein, Matt Sudol, and Bonnie Zelazek ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the parties Class Action Settlement Agreement; (2) approve the proposed Notices and authorize distribution of the Notices to the proposed Settlement Class; (3) preliminarily certify the proposed Settlement Class; (4) schedule a final approval hearing; and (5) enter the accompanying proposed Preliminary Approval Order.

This motion is made under Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock Specht and exhibits thereto (including the Settlement Agreement attached as **Exhibit A**), the Declarations of Eric Goldstein, Matt Sudol, and Bonnie Zelazek and exhibits thereto, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement.

Dated: April 14, 2023                                    Respectfully submitted,

1

**NICHOLS KASTER, PLLP**

By: s/ Brock J. Specht
Paul J. Lukas, NY Bar No. 4522207
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
 *admitted *pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
gchanin@nka.com

ATTORNEYS FOR PLAINTIFFS

2