**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| ERIC GOLDSTEIN, et al., | : | |
| | : | |
| Plaintiffs, | : | 22-CV-7862 (OTW) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| MUTUAL OF AMERICA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

In light of the Order preliminarily approving class action settlement, approving procedure and form of notice, and scheduling a final approval hearing (ECF 63), the Defendant Mutual of America Life Insurance Company's motion to dismiss (ECF 36) is **DENIED without prejudice**.

The Clerk of Court is respectfully directed to close ECF 36.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 28, 2023          **Ona T. Wang**
New York, New York          United States Magistrate Judge