UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Goldstein, Matt Sudol, and Bonnie Zelazek, individually and as representatives of a class of similarly situated persons, and on behalf of the Mutual of America Life Insurance Company Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Mutual of America Life Insurance Company, the Mutual of America Investment Manager Committee, and John and Jane Does 1-20,<br><br>Defendants. | Case No. 1:22-cv-7862-GHW-OTW<br><br>CLASS ACTION<br><br>**Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 4, 2023, at 10:00 a.m., before the Honorable Ona T. Wang, United States District Judge, in Courtroom 20D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Plaintiffs Eric Goldstein, Matt Sudol, and Bonnie Zelazek ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement.

Plaintiffs make this motion under Federal Rule of Civil Procedure 23(e) and Article 2.3 of the Parties' Class Action Settlement Agreement, *ECF No. 57-1*, and based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Brock Specht and Bryn Bridley, and exhibits thereto, the previously filed declarations of the Class Representatives, *ECF Nos. 58-60*, and Class Counsel, *ECF Nos. 57, 69*, the Settlement Agreement, the Court's Preliminary Approval Order, *ECF No. 63*, and all files, records, and proceedings in this matter. Plaintiffs are submitting a proposed Final Approval Order in connection with this motion.

1

Class Counsel conferred with Counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Dated: September 20, 2023   Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: s/ Brock J. Specht
Paul J. Lukas, NY Bar No. 4522207
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
 *admitted *pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
gchanin@nka.com

ATTORNEYS FOR PLAINTIFFS