UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Goldstein, Matt Sudol, and Bonnie Zelazek, individually and as representatives of a class of similarly situated persons, and on behalf of the Mutual of America Life Insurance Company Savings Plan,<br><br>                Plaintiffs,<br><br>v.<br><br>Mutual of America Life Insurance Company, the Mutual of America Investment Manager Committee, and John Does 1-20.<br><br>                Defendant. | Case No. 1: 22-cv-7862-OTW |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

This matter came before the Court on a Fairness Hearing on October 4, 2023. During the Fairness hearing, the Court considered, among other things, Plaintiffs' Motion for Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Awards (ECF No 67). This motion is unopposed by Defendants.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on June 6, 2023, and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

      **It is hereby ORDERED as follows:**

      1.     Class Counsel's request for an award of $915,750 in attorneys' fees is approved. Having reviewed Class Counsel's application and the applicable legal authorities, the Court finds the requested amount (one-third of the $2.75 million Gross Settlement Amount) to be reasonable

and appropriate.

2.     Class Counsel's request for litigation expenses in the amount of $18,553.28 and settlement administration expenses in the amount of $35,969 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3.     Plaintiff's request for a class representative service awards in the amount of $5,000 each to Named Plaintiffs Eric Goldstein, Matt Sudol, and Bonnie Zelazek ($15,000 total) is approved. The Court finds this award to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED** this 5th day of October, 2023.

_____
Hon. Ona T. Wang
United States Magistrate Judge